| | |
|---|---|
| 1 | 2 |
| 2 | DAVID P. CUSICK, TRUSTEE #160467 |
| 3 | NEIL ENMARK, #159185, attorney for Trustee |
|   | TALVINDER S. BAMBHRA, #230907, attorney for Trustee |
| 4 | P.O. Box 1858 |
| 5 | Sacramento, California 95812-1858 |
|   | legalmail@cusick13.com |
| 6 | (916) 856-8000 |

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

IN RE:                       )   Case No: 15-25549-C-13C
                             )   DCN: DPC-1
                             )
                             )
SHANNON WARD MILLER     )   CERTIFICATE OF SERVICE
                             )
                             )
                             )   DATE:          JANUARY 20, 2016
                             )   TIME:          10:00 A.M.
                             )   COURTROOM:   33, 6TH FLOOR
        Debtor(s)       )   JUDGE:         RONALD H. SARGIS

    I hereby certify that I am employed in the County of Folsom, am over the age of eighteen (18) years and am not a party to the within cause of action. My business address is P.O. Box 1858, Sacramento, California 95812-1858.

On DECEMBER 28, 2015, I served the NOTICE OF WITHDRAWAL OF TRUSTEE'S MOTION TO DISMISS on the interested parties by placing a true copy thereof either to the email address listed below or in a sealed envelope with the postage thereon fully prepaid for mailing by first class mail in the United States mail at Folsom, California in accordance with the Trusteeship's ordinary practices, addressed as set forth below:

SHANNON WARD MILLER
1631 LA PLAYA WAY
SACRAMENTO, CA 95864

THOMAS P HOGAN ESQ
1207 13TH STREET
SUITE 1
MODESTO, CA 95354-0934

OFFICE OF THE U. S. TRUSTEE
antonia.darling@usdoj.gov
edmund.gee@usdoj.gov

I declare under penalty of perjury that the foregoing is true and correct.

Executed on DECEMBER 28, 2015, at Folsom, California.

_____
Yvette Sanders